IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHARON B. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:10-cv-804 |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., through counsel, submits this Notice of Pending Settlement and states the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Jessica A. Hawkins
Jessica A. Hawkins
State Bar No. 24068029
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055

*Attorney for Defendant,*
*NCO Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of January 2011, a copy of the foregoing was served on the following via the Court's Electronic Filing System:

Joe K. Crews
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, TX 78701

Thomas L. Kolker
Greenstein & Kolker
1006 E. Cesar Chavez
Austin, TX 78702

                                        /s/ Jessica Hawkins
                                        Jessica Hawkins

\\sfnfs02\prolawdocs\6947\6947-26654\Davis, Sharon B\330892.doc