IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SHARON B. DAVIS,
          Plaintiff,

-vs-                                    Case No. A-10-CA-804-SS

NCO FINANCIAL SYSTEMS, INC.,
          Defendant.

FILED 2011 FEB -9 AM 8:38
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#7] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Notice of Voluntary Dismissal [#7] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 8a day of February 2011.

_____
UNITED STATES DISTRICT JUDGE